# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTHEW JOHN NASON,<br><br>　　　　Defendant. | Case No. 3:22-cr-00017-RCJ-CLB<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Expert Deadlines, (Dkt. 35). Defendant, Matthew John Nason, has not filed a response to the motion. Under this Court's Local Rules, failure to respond to such a motion "constitutes a consent to the granting of the motion." L.R. 7-2(d). Accordingly, the Court finds it appropriate to grant the pending motion and set expert notice deadlines for the upcoming trial.

## CONCLUSION

IT IS HEREBY ORDERED that Plaintiff's Motion for Expert Deadlines, (Dkt. 35), is **GRANTED**.

IT IS FURTHER ORDERED that the deadline for expert notices is set for January 16, 2024, with a rebuttal deadline of February 5, 2024.

IT IS SO ORDERED.

Dated January 8, 2024.

_____
ROBERT C. JONES
United States District Judge

1 of 1