UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00017-MMD-CLB |
| Plaintiff, | **Order Granting Stipulation to Continue Sentencing** |
| vs. | **(First Request)** |
| MATTHEW JOHN NASON, | |
| Defendant. | |

### FINDINGS OF FACT

Based on pending stipulation of counsel, and good cause appearing, therefore, the Court finds that:

1. Defense requested additional time review the Presentence Investigation Report with Nr. Nason.

2. The Government and Mr. Nason are in agreement with this continuance.

3. This is the first stipulation to continue filed herein.

### ORDER

IT IS THEREFORE ORDERED that the Sentencing scheduled for February 19, 2025 at 11:00 a.m. be vacated and continued to March 5, 2025 at 10:00 a.m.

IT IS SO ORDERED this 12th day of February, 2025.

_____
HONORABLE MIRANDA M. DU
United States District Court Judge